## HART v. THE STATE.

LAMAR, J. In a prosecution for cheating and swindling, under the act approved August 15, 1903 (Acts 1903, p. 90), the undisputed evidence showed that the defendant had the good and sufficient excuse referred to in the statute, it appearing that at the time of the alleged offense he was suffering from serious physical injuries. A new trial should therefore have been granted.          Judgment reversed. All the Justices concur.

Submitted October 17,—Decided November 10, 1904.

Accusation of cheating and swindling.    Before Judge Longley. City court of LaGrange.    July 15, 1904.

E. T. Moon, for plaintiff in error.
Henry Reeves, solicitor, contra.